## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**RUSSELL L. DAVIS**                                                                     **PLAINTIFF**
**ADC #096344**

**v.**                                      **CASE NO. 2:26-CV-00088-BSM**

**DAVID BREWER,** *et al.*                                                     **DEFENDANTS**

## ORDER

Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 5] is adopted and

Russell L. Davis's complaint and amended complaint are dismissed without prejudice for

failing to state a claim upon which relief may be granted. It is recommended that

dismissal of this action count as a strike under 28 U.S.C. section 1915(g). An *in forma*

*pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 29th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE