## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**RUSSELL L. DAVIS**                                                    **PLAINTIFF**
**ADC #096344**

**v.**                          **CASE NO. 2:26-CV-00088-BSM**

**DAVID BREWER,** *et al.*                                          **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE